FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRA KITCHEN,<br><br>Defendant. | Case No. CR 23-00010-JAK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 15, 2023, Defendant Darra Kitchen made her initial appearance in this district on the petition for revocation of supervised release and warrant for arrest issued on June 15, 2023. Deputy Federal Public Defender, Erin Murphy, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Jason Gorn. Defendant submitted on the recommendation of detention in the report prepared by United States Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ the petition alleges that Defendant failed to comply with supervised release conditions by failing to report changes in employment and residence, failing to report for drug testing, and testing positive for the use of various controlled substances, including THC. MDMA and methamphetamine, and Defendant's whereabouts were unknown.

    ☒ no bail resources

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above);

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: November 15, 2023

                                                                     /s/
                                            ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE