**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-CR-10-JAK |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| DARRA KITCHIN, | |
| Defendant. | |

On July 17, 2024, Defendant Darra Kitchen made her initial appearance on the petition for revocation of supervised release and warrant for arrest and a detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.      ☒      Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further

proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include failure to participate in residential substance abuse program as required and changed residence without notifying Pretrial Services as required.

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition that Defendant used controlled substances and absconded from supervision.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 17, 2024

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2